IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
_____ DIVISION

Nachay Asphall
(Print your full name)

    Plaintiff *pro se*,

v.

SelectQuote Insurance Services

(Print full name of each defendant; an employer is usually the defendant)

    Defendant(s).

CIVIL ACTION FILE NO.

1:22-CV-5132

(to be assigned by Clerk)

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
DEC 29 2022
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## *PRO SE* EMPLOYMENT DISCRIMINATION COMPLAINT FORM

### Claims and Jurisdiction

1. This employment discrimination lawsuit is brought under (check only those that apply):

     Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e *et seq.*, for employment discrimination on the basis of race, color, religion, sex, or national origin, or retaliation for exercising rights under this statute.

    **NOTE**: To sue under Title VII, you generally must have received a notice of right-to-sue letter from the Equal Employment Opportunity Commission ("EEOC").

Page 1 of 9

\_\_\_\_ Age Discrimination in Employment Act of 1967, 29 U.S.C. §§ 621 et seq., for employment discrimination against persons age 40 and over, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Age Discrimination in Employment Act, you generally must first file a charge of discrimination with the EEOC.

✓ Americans With Disabilities Act of 1990, 42 U.S.C. §§ 12101 et seq., for employment discrimination on the basis of disability, or retaliation for exercising rights under this statute.

> **NOTE**: To sue under the Americans With Disabilities Act, you generally must have received a notice of right-to-sue letter from the EEOC.

✓ Other (describe)  Negligent Infliction of Emotional Distress (NIED)

with injury suffered mental & emotional distress. PTSD and anxieties

from the events leading up to the injury and post trauma.

_____

_____

_____

2. This Court has subject matter jurisdiction over this case under the above-listed statutes and under 28 U.S.C. §§ 1331 and 1343.

## Parties

3. Plaintiff.  Print your full name and mailing address below:

   Name      Nachay Asphall

   Address   513 Mattie Farm Place, Lawrenceville GA 30045

4. Defendant(s).  Print below the name and address of each defendant listed on page 1 of this form:

   Name      SelectQuote Insurance Services

   Address   6800 W. 115th Street, Suite 2511, Overland Park, KS 66211

   Name

   Address

   Name

   Address

## Location and Time

5. If the alleged discriminatory conduct occurred at a location <u>different</u> from the address provided for defendant(s), state where that discrimination occurred:

   513 Mattie Farm Place, Lawrenceville GA 30045

   Remotely worked from home in GA

6. When did the alleged discrimination occur? (State date or time period)

The time period when I worked there is between August 17, 2020 - July 9, 2021. During this time period is when the discrimination, trauma, injury and loss, unethical practices, and wrongful termination.

## Administrative Procedures

7. Did you file a charge of discrimination against defendant(s) with the EEOC or any other federal agency?     ✓ Yes     ___ No

    If you checked "Yes," attach a copy of the charge to this complaint.

8. Have you received a Notice of Right-to-Sue letter from the EEOC?

    ✓ Yes     ___ No

    If you checked "Yes," attach a copy of that letter to this complaint and state the date on which you received that letter: 9/30/2022

9. If you are suing for **age discrimination**, check one of the following:

    ___ 60 days or more have elapsed since I filed my charge of age discrimination with the EEOC

    ___ Less than 60 days have passed since I filed my charge of age discrimination with the EEOC

10. If you were employed by an agency of the State of Georgia or unsuccessfully sought employment with a State agency, did you file a complaint against defendant(s) with the Georgia Commission on Equal Opportunity?

   \_\_\_\_\_ Yes          \_\_\_\_\_ No          \_✓\_ Not applicable, because I was not an employee of, or applicant with, a State agency.

   If you checked "Yes," attach a copy of the complaint you filed with the Georgia Commission on Equal Opportunity and describe below what happened with it (i.e., the complaint was dismissed, there was a hearing before a special master, or there was an appeal to Superior Court):

   _____
   _____
   _____
   _____

11. If you were employed by a Federal agency or unsuccessfully sought employment with a Federal agency, did you complete the administrative process established by that agency for persons alleging denial of equal employment opportunity?

   \_\_\_\_\_ Yes          \_\_\_\_\_ No          \_✓\_ Not applicable, because I was not an employee of, or applicant with, a Federal agency.

   If you checked "Yes," describe below what happened in that administrative process:

   _____
   _____
   _____
   _____

## Nature of the Case

12. The conduct complained about in this lawsuit involves (check only those that apply):

    _____ failure to hire me
    _____ failure to promote me
    _____ demotion
    _____ reduction in my wages
    ✔ working under terms and conditions of employment that differed from similarly situated employees
    _____ harassment
    ✔ retaliation
    ✔ termination of my employment
    ✔ failure to accommodate my disability
    ✔ other (please specify) Negligence & Discrimination prior to injury and after traumatic event and injury. Wrongful Termination.

13. I believe that I was discriminated against because of (check only those that apply):

    _____ my race or color, which is _____
    _____ my religion, which is _____
    ✔ my sex (gender), which is _____ male   ✔ female
    _____ my national origin, which is _____
    _____ my age (my date of birth is _____)
    ✔ my disability or perceived disability, which is: Post delivery of a deceased baby, mental and emotional distress, PTSD

    ✔ my opposition to a practice of my employer that I believe violated the federal anti-discrimination laws or my participation in an EEOC investigation

    ✔ other (please specify) Retaliation - due to expressing Selectquotes involvement with the loss of my baby. And Wrongful Termination.

Page 6 of 9

14. Write below, as clearly as possible, the essential facts of your claim(s). Describe specifically the conduct that you believe was discriminatory or retaliatory and how each defendant was involved. Include any facts which show that the actions you are complaining about were discriminatory or retaliatory. Take time to organize your statements; you may use numbered paragraphs if you find that helpful. Do not make legal arguments or cite cases or statutes.

While pregnant I worked under stressful, demanding conditions that led to the loss of my baby. I went through hours of labor & delivery only to hold my dead baby girl in my arms which I had to get her cremated. This was traumatizing I developed anxiety & panic attacks. The company didn't provide benefits for me to get professional counseling. They felt I was of no use & even let me go while I was protected by disability claim, then called me back to "clean up their mess" as he stated. They encouraged me not to take lunch breaks even while I was pregnant. I was scared and fearful to take necessary breaks & skipping meals for fear of retaliation and being threatened with my job Due to demands my baby wasn't getting enough fluids, nutrition, rest for myself. Being rushed & threatened I attempted to return to work but had a panic attack during a meeting because I was still traumatized, , they denied my last attempt for leave of absence & forced me to resign after they witnessed my panic attack &terminated my position as job abandonment although they were made aware I needed more time for my mental and emotional stability before returning.

I had aslo developed hemorrhoids while pregnant due to sitting for extended amounts of time and not being able to get up to take breaks or eat or drink enough fluids, just so we could meet their demand of maintaining occupancy, if i didn't meet occupancy my job was threated. I was wrongfully letgo on 7/09/2021 as a result of being pregnant while working under stressful condition, voicing my concerns then being retaliated against and forced to resign. I have documentation to support my claims I will provide once requested. Please help, Thank you.

Also I filed a complaint with the EEOC but due diligence to investigation my evidence was short. The letter dated with Selectquotes position statement was dated February 2, 2022, but I did not recieve their statement until September 2022.

I provided my response in September 22, 2022 but just a few short days later I received the right to sue notice without a full investigation of the evidence I provided in my response statement.

**Please see included the additional sheets in continuation/ support of question 14 of this form.**

(Attach no more than five additional sheets if necessary; type or write legibly only on one side of a page.)

15. Plaintiff _____ still works for defendant(s)
    ✓ no longer works for defendant(s) or was not hired

16. If this is a disability-related claim, did defendant(s) deny a request for reasonable accommodation?   ✓ Yes   _____ No

    If you checked "Yes," please explain: They did not extend/ renew the accommodation request even though they advised me to submit it and were aware that I was not able to return to work given the condition I was in.

    The doctors statement supported it but they did not want to accommodate any further. And wrongfully terminated my position as Job abandonment.

17. If your case goes to trial, it will be heard by a judge <u>unless</u> you elect a jury trial. Do you request a jury trial?   ✓ Yes   _____ No

## Request for Relief

As relief from the allegations of discrimination and/or retaliation stated above, plaintiff prays that the Court grant the following relief (check any that apply):

✓ Defendant(s) be directed to reconsider their unethical practices of management that causes unnecessary injury, stress and anxieties. No pregnant woman should ever experience this again. Remove the wrongful termination status given to me of "Job Abandonment"

✓ Money damages (list amounts) _____
   Amount to be determined

✓ Costs and fees involved in litigating this case

✓ Such other relief as my be appropriate

## PLEASE READ BEFORE SIGNING THIS COMPLAINT

Before you sign this Complaint and file it with the Clerk, please review Rule 11 of the Federal Rules of Civil Procedure for a full description of your obligation of good faith in filing this Complaint and any motion or pleading in this Court, as well as the sanctions that may be imposed by the Court when a litigant (whether plaintiff or defendant) violates the provisions of Rule 11. These sanctions may include an order directing you to pay part or all of the reasonable attorney's fees and other expenses incurred by the defendant(s). Finally, if the defendant(s) is the prevailing party in this lawsuit, costs (other than attorney's fees) may be imposed upon you under Federal Rule of Civil Procedure 54(d)(1).

Signed, this  29  day of  December , 20 22 

_Nachay Asphall_
(Signature of plaintiff *pro se*)

_Nachay Asphall_
(Printed name of plaintiff *pro se*)

**513 Mattie Farm Place**
(street address)

**Lawrenceville, GA 30045**
(City, State, and zip code)

**nachayasp@gmail.com**
(email address)

**404-593-0237 or 917-407-4214**
(telephone number)

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Atlanta District Office
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

Mrs. Nachay Asphall

Re: Mrs. Nachay Asphall v. SELECTQUOTE INSURANCE SERVICES
EEOC Charge Number: 563-2022-00689

**NOTICE OF TRANSFER OF Charge of Discrimination**

This is to notify you that the above-referenced Charge of Discrimination has been transferred to the Atlanta District Office for Processing. Please make all future contact regarding this charge to:

Atlanta District Office
100 Alabama Street, SW Suite 4R30
Atlanta, GA 30303
Phone: 1-800-669-4000
Email: ATDOCHARGES@EEOC.GOV

On Behalf of the Commission:

Digitally Signed By: Darrell Graham
04/25/2022

Darrell Graham
District Director

**U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION**

Atlanta District Office
100 Alabama Street, SW, Suite 4R30
Atlanta, GA 30303
1-800-669-4000
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161 & 161-A)

Issued On: 09/30/2022

**To:** Mrs. Nachay Asphall
513 Mattie Farm Place
LAWRENCEVILLE, GA 30045
Charge No: 563-2022-00689

EEOC Representative and email:    Larry Satterwhite
Senior Federal Investigator
larry.satterwhite@eeoc.gov

### DETERMINATION OF CHARGE

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

### NOTICE OF YOUR RIGHT TO SUE

This is official notice from the EEOC of the dismissal of your charge and of your right to sue. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of this notice.** Receipt generally occurs on the date that you (or your representative) view this document. You should keep a record of the date you received this notice. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 563-2022-00689.

On behalf of the Commission,

Digitally Signed By:Darrell Graham
09/30/2022

Darrell Graham
District Director

Cc:
Jeannie DeVeney
Littler
1201 WALNUT ST STE 1450
Kansas City, MO 64106

Deanne Gash
SELECTQUOTE INSURANCE SERVICES
6800 W. 115th Street Suite 2511
Overland Park, KS 66211


Please retain this notice for your records.

# URGENT: Escalation
# APPT NEEDED ASAP

**U.S Equal Employment Opportunity Commission**
**EEOC - Atlanta District Office**
Sam Nunn Atlanta Federal Center
100 Alabama Street, SW, Suite 4R30 Atlanta, GA 30303
Phone: 1-800-669-4000 **Fax:** 404-562-6909 & 404-562-6910

**RE:** Urgently need an intake Appointment to file a charge my days to file are less than 30
Nachay Asphall ( **Inquiry Number - 563-2022-00689**)
513 Mattie Farm Place, Lawrenceville GA 30045
404-593-0237 or 917-407-4214 (Cell)
Nachayasp@gmail.com (email)

12/11/21

To Whom it may concern,

I would like to file a charge against my previous employer SelectQuote. The official date they wrongfully terminated my position was 7/09/2021. This is in regard to the loss of my baby while I was pregnant working for them under very stressful, demanding, manipulating conditions that led to the loss of my baby. I had to go through several hours or labor and delivery only to hold my deceased dead baby girl in my arms which I had to get cremated. This was a traumatizing experience for me I have developed anxiety and panic attacks which the company did not provide any benefits for me to get the counseling I need, they abandoned me after they felt I was of no use anymore due to my claims. They even let me go while I was protected by disability claim but then called me back to "clean up their mess" as the gentleman stated so they continued with my employment. I warned my manager that I couldn't continue working under stressful conditions when I realized at a doctor's appointment the baby wasn't doing well and I knew it was because of the demands made on me, I was like a zombie not eating, skipping meals, not taking breaks all due to the threats demands that were being made. The baby wasn't getting enough fluids because of these stressful conditions. They encouraged us not to take lunch breaks we are entitled to even while he knew I was pregnant so I went many hours not getting a break etc. Once they found out I lost the baby they were negligent in accepting the responsibility and discriminated & eventually retaliated against my complaints, I attempted to return to work after feeling threatened but had a panic attack during a meeting with the new manager because I was still traumatized. They denied my last attempt for leave of absence after they witnessed my panic attack and then terminated my position as voluntary job abandonment after they forced me to resign and I wouldn't. I was depressed, had anxiety attacks all developed since the lost of my baby, they didn't provide any help benefit for me to get the proper counseling I needed, My faith in God is what I have been relying on to get me through. Please help, this has been hard for me, my other little girls, and husband. I was just made aware on Friday that there are time limits to file and in my case it's a few days left. I tried to get an appointment online but they are all booked up and a rep Nadia told me to fax and she will escalate also. Thank You

Regards,

Nachay Asphall



# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
## CHARGE OF DISCRIMINATION

EEOC Form 5A (October 2017)

**EEOC RECEIVED 12/15/2021**

For Official Use Only – Charge Number: **563-2022-00689**

| | |
|---|---|
| **Personal Information** | First Name: **Nachay**    MI: ___    Last Name: **Asphall**<br>Address: **513 Mattie Farm Place**    Apt.: ___<br>City: **Lawrenceville**    County: ___    State: **GA**    Zip Code: **30045**<br>Phone: **404-593-0237 or 917-407-4214**    Home ☐ Work ☐ Cell ☒    Email: **nachayasp@gmail.com** |
| **Who do you think discriminated against you?** | Employer ☒    Union ☐    Employment Agency ☐    Other Organization ☐<br>Organization Name: **SelectQuote Insurance Services**<br>Address: **6800 W. 115th Street, Suite 2511**    Suite: ___<br>City: **Overland Park**    State: **KS**    Zip Code: **66211**    Phone: **913-599-9225** |
| **Why you think you were discriminated against?** | Race ☐    Color ☐    Religion ☐    **(Sex ☒)**    National Origin ☐    Age ☐<br>**(Disability ☒)**    Genetic Information ☐    **(Retaliation ☒)**    Other ☐ (specify) |
| **What happened to you that you think was discriminatory?** | Date of **most recent job action** you think was discriminatory: **07/09/2021**<br>Also describe briefly **each job action** you think was discriminatory and when it happened (estimate). while pregnant I worked under stressful, demanding conditions that led to the loss of my baby. I went through hours of labor & delivery only to hold my dead baby girl in my arms which I had to get her cremated. This was traumatizing I developed anxiety & panic attacks. The company didn't provide benefits for me to get professional counseling. They felt I was of no use & even let me go while I was protected by disability claim, then called me back to "clean up their mess" as he stated. They encouraged us not to take lunch breaks even while I was pregnant. I was scared to take necessary breaks & skipping meals for fear of retaliation, due to demands baby wasn't getting enough fluids. Being rushed & threatened I attempted to return to work but had a panic attack during a meeting because I was still traumatized, they denied my last attempt for leave of absence & forced me to resign after they witnessed my panic attack & terminated my position as job abandonment although they were made aware I needed more time for my mental and emotional stability before returning, I had aslo developed hemorrhoids while pregnant due to sitting for extended amounts of time and not being able to get up to take breaks or drink enough fluids, just so we could meet their demand of maintaining occupancy. I was wrongfully letgo on 7/09/2021 all as a result of being pregnant while working under stressful conditions, voicing my concerns then being retaliated against and forced to resign. I have documentation to support my claims I will provide once requested. Please help ive been emotionally & mentally drained by this whole thing, Thank you. |
| **Signature and Verification** | I understand this charge will be filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address, phone, or email. I will cooperate fully with them in the processing of my charge in accordance with their procedures.<br><br>I understand by signing below that I am filing a charge of employment discrimination with the EEOC. I understand that the EEOC is required by law to give a copy of the charge, which includes my allegations and my name, to the organization named above. I also understand that the EEOC can only investigate charges of job discrimination based on race, color, religion, sex, national origin, age, disability, genetic information, or based on retaliation for filing a charge of job discrimination, participating in an investigation of a job discrimination complaint, or opposing job discrimination.<br><br>I declare under penalty of perjury that the above is true and correct.<br><br>Signature: *Nachay Asphall*      Date: **12/15/21** |